**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| THE BROOKLYN UNION GAS COMPANY d/b/a NATIONAL GRID NY, | : | |
| | : | |
| Plaintiff, | : | **NOTICE OF APPEARANCE** |
| | : | |
| v. | : | Case No. 1:24-cv-06993 |
| | : | |
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., et al., | : | |
| | : | |
| Defendants. | : | |

## TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Christopher C. Caffarone, an attorney to practice before this Court and a partner at Pillsbury Winthrop Shaw Pittman, LLP, hereby enters his appearance in this action on behalf of Defendants Texaco, Inc. and Union Oil Company of California and requests that all further papers in this action be served upon him electronically through the Court's CM/ECF filing system.

Dated: November 6, 2024

/s/ Christopher C. Caffarone
Christopher C. Caffarone
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019
Phone: (212) 858-1220
Fax: (212) 858-1500
christopher.caffarone@pillsburylaw.com

*Attorney for Defendants Texaco, Inc. and
Union Oil Company of California*